915 So.2d 274 (2005)
Geoffrey LYNCH, Appellant,
v.
UNITED DISTRIBUTORS, INC., Appellee.
No. 4D04-4764.
District Court of Appeal of Florida, Fourth District.
December 7, 2005.
Ronald J. Zeller of Zeller & Associates, L.L.C., West Palm Beach, for appellant.
Sally Still and Christine D. Hanley of Christine D. Hanley & Associates, P.A., West Palm Beach, for appellee.
SHAHOOD, J.
We reverse the order dismissing appellant's second amended complaint for lack of prosecution pursuant to rule 1.420(e), Florida Rules of Civil Procedure, because there was, on the face of the record, activity within the one-year period, i.e., appellant's notice of compliance with discovery. See Fla. R. Civ. P. 1.420; Wilson v. Salamon, 30 Fla. L. Weekly S701, ___ So.2d ___, 2005 WL 2663432 (Fla. Oct. 20, 2005).
Reversed and Remanded.
STEVENSON, C.J., and POLEN, J., concur.